JOHN R. BALDWIN v. W. DUANE HAMILTON.

October 4, 1978. Petition for certification denied.

FAIR LAWN EDUCATION ASSOCIATION v.
FAIR LAWN BOARD OF EDUCATION.

October 4, 1978. Petition for certification granted.

ALBERT F. DALENA v. BOROUGH OF MADISON.

October 4, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN PAUL YOUNG.

October 4, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. VINCENT CAIAZZO.

October 4, 1978. Petition for certification denied.

STATE OF NEW JERSEY BY COMMISSIONER OF TRANS-
PORTATION v. WILLIAM G. ROHRER, INC.

October 4, 1978. Petition for certification granted. (See
161 *N. J. Super.* 561)